# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SIGNIFY NORTH AMERICA CORP., | Civil Action No. _____ |
| *Plaintiff*, | **JURY TRIAL DEMANDED** |
| v. | *Electronically Filed* |
| STINGRAY IP SOLUTIONS, LLC, | **PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT** |
| *Defendant*. | |

### SIGNIFY NORTH AMERICA CORP.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Signify North America Corporation states that it is indirectly wholly owned by Signify N.V., which has publicly held and traded shares.

Dated: May 31, 2021

Respectfully submitted,

 s/ *Wade G. Perrin*
Wade G. Perrin (NJ Bar No. 090802013)
**Alston & Bird LLP**
90 Park Avenue; 15th Floor
New York, New York 10016-1387
Telephone: (212) 210-9400
Fax: (212) 210-9444
Wade.Perrin@alston.com

*Counsel for Plaintiff, Signify North America Corp.*